# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **JUSTIN NELSON, individually and on behalf of all others similarly situated,**  *Plaintiff*  v.  **SHUTTEREFLY, LLC,**  *Defendant* | )))))))))) Civil Action No. 3:26-cv-01900-PHK |

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SHUTTERFLY, LLC in Sacramento County, CA on March 6, 2026 at 12:18 pm at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Alex Jenkins who as Intake Specialist / Authorized to accept at CSC is authorized by appointment or by law to receive service of process for SHUTTERFLY, LLC.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT

Geolocation of Serve: https://google.com/maps?q=38.61612,-121.5163333333
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Sacramento County    ,
   CA    on    3/9/2026    .

/s/ *Mariah Gutierrez*

Mariah Gutierrez - +1 (916) 477-4299
Registration No.: 2025-028
Registration County: Sacramento County

