**DLA PIPER LLP (US)**
TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
2000 Avenue of the Stars, Suite 400
North Tower, Los Angeles, CA 90067
Tel.:    310.595.3000
Fax:    310.595.3300

JOHN FRANTZ (*pro hac vice* forthcoming)
john.frantz@us.dlapiper.com
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.:    212.335.4500
Fax:    212.335.4501

CARLO F. BUSTILLOS (SBN 347318)
carlo.bustillos@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel.:    415.836.2500
Fax:    415.836.2501

*Attorneys for Shutterfly, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, LLC,<br><br>Defendant. | Case No.  3:26-cv-01900-AMO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: March 6, 2026<br>Response Date: March 27, 2026<br>New Response Date: April 27, 2026 |

Plaintiff Justin Nelson ("Plaintiff") and Defendant Shutterfly, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed by Plaintiff against Defendant on March 4, 2026 (ECF 1);

WHEREAS, on March 9, 2026, Plaintiff filed an Affidavit of Service purporting to effectuate service on Defendant on March 6, 2026, thereby setting the deadline for Defendant to answer or otherwise to respond to the Complaint to March 27, 2026 (ECF 7);

WHEREAS, on March 24, 2026, Plaintiff filed a document indicating his election to decline Magistrate Judge Jurisdiction (ECF 9);

WHEREAS, on March 25, 2026, the case was randomly reassigned to Hon. Judge Araceli Martinez-Olguin (ECF 11);

WHEREAS, on March 25, 2026, the Court scheduled an Initial Case Management Conference before Judge Araceli Martinez-Olguin on June 25, 2026, and ordered the Parties to submit Case Management Statements by no later than June 18, 2026, at 12:00 p.m. PST (ECF 12);

WHEREAS, Rule 6-1(a) of Civil Local Rules of the United States District Court for the Northern District of California provides that the Parties may stipulate without a court order to extend the time within which to answer or otherwise to respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by court order;

WHEREAS, pursuant to L.R. 6-1(a), the Parties have agreed to extend the deadline for Defendant to respond to the Complaint up to and including April 27, 2026;

WHEREAS, the agreed-upon extension will not alter the date of any event or deadline already fixed by court order; and

THEREFORE, IT IS HEREBY STIPULATED that the time for Defendant to answer, move, or otherwise respond to the Complaint is extended to and includes April 27, 2026.

**IT IS SO STIPULATED AND AGREED.**

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
3:26-CV-01900-AMO

Dated:  March 27, 2026                    **DLA PIPER LLP (US)**

By: */s/ Tanya L. Greene*

TANYA L. GREENE
JOHN FRANTZ*
DAVID B. FARKAS
CARLO F. BUSTILLOS

*Attorneys for Defendant*
*Shutterfly, LLC*

*\*Pro Hac Vice Forthcoming*

Dated:   March 27, 2026                   **OLIVER LAW CENTER, INC.**

By: */s/ Dana J. Oliver*

DANA J. OLIVER
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

ANTHONY I. PARONICH,
*Subject to Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorneys for Plaintiff*
*Justin Nelson*

-3-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
3:26-CV-01900-AMO

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  March 27, 2026                    **DLA PIPER LLP (US)**

By: */s/ Tanya L. Greene*
     TANYA L. GREENE

*Attorneys for Defendant*
*Shutterfly, LLC*

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
3:26-CV-01900-AMO