**DLA PIPER LLP (US)**
TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
2000 Avenue of the Stars, Suite 400
North Tower, Los Angeles, CA 90067
Tel.:    310.595.3000
Fax:    310.595.3300

JOHN FRANTZ (*pro hac vice* forthcoming)
john.frantz@us.dlapiper.com
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.:    212.335.4500
Fax:    212.335.4501

CARLO F. BUSTILLOS (SBN 347318)
carlo.bustillos@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel.:    415.836.2500
Fax:    415.836.2501

*Attorneys for Shutterfly, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, LLC,<br><br>Defendant. | Case No.  3:26-cv-01900-AMO<br><br>[*Assigned to the Honorable Araceli Martínez-Olguín*]<br><br>**DEFENDANT SHUTTERFLY, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15**<br><br>Complaint Filed: March 4, 2026<br>Trial Date: None set |

In accordance with Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant Shutterfly, LLC ("Defendant"), by and through undersigned counsel, hereby discloses the following:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant certifies that as of this date no publicly held corporation owns 10% or more of Defendant's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated:  March 31, 2026                    **DLA PIPER LLP (US)**

By: */s/ Tanya L. Greene*
      TANYA L. GREENE
      JOHN FRANTZ*
      DAVID B. FARKAS
      CARLO F. BUSTILLOS

*Attorneys for Defendant*
*Shutterfly, LLC*

*\*Pro Hac Vice Forthcoming*

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES
3:26-CV-01900-AMO