**DLA PIPER LLP (US)**
TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
2000 Avenue of the Stars, Suite 400
North Tower, Los Angeles, CA 90067
Tel.:    310.595.3000
Fax:    310.595.3300

JOHN FRANTZ (*pro hac vice* forthcoming)
john.frantz@us.dlapiper.com
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.:    212.335.4500
Fax:    212.335.4501

CARLO F. BUSTILLOS (SBN 347318)
carlo.bustillos@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel.:    415.836.2500
Fax:    415.836.2501

*Attorneys for Shutterfly, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SHUTTERFLY, LLC,<br><br>*Defendant*. | Case No.  3:26-cv-01900-AMO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: March 6, 2026<br>Response Date: April 27, 2026<br>New Response Date: May 6, 2026 |

Plaintiff Justin Nelson ("Plaintiff") and Defendant Shutterfly, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed by Plaintiff against Defendant on March 4, 2026 (ECF 1);

WHEREAS, on March 9, 2026, Plaintiff filed an Affidavit of Service purporting to effectuate service on Defendant on March 6, 2026, thereby setting the deadline for Defendant to answer or otherwise to respond to the Complaint to March 27, 2026 (ECF 7);

WHEREAS, on March 24, 2026, Plaintiff filed a document indicating his election to decline Magistrate Judge Jurisdiction (ECF 9);

WHEREAS, on March 25, 2026, the case was randomly reassigned to Hon. Judge Araceli Martinez-Olguin (ECF 11);

WHEREAS, on March 25, 2026, the Court scheduled an Initial Case Management Conference before Judge Araceli Martinez-Olguin on June 25, 2026, and ordered the Parties to submit Case Management Statements by no later than June 18, 2026, at 12:00 p.m. PST (ECF 12);

WHEREAS, on March 27, 2026, the Parties filed a Stipulation to Extend Time to Respond to Initial Complaint from March 27, 2026 to April 27, 2026 (ECF 13);

WHEREAS, Rule 6-1(a) of Civil Local Rules of the United States District Court for the Northern District of California provides that the Parties may stipulate without a court order to extend the time within which to answer or otherwise to respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by court order;

WHEREAS, pursuant to L.R. 6-1(a), the Parties have agreed to a brief further extension to the deadline for Defendant to respond to the Complaint up to and including May 6, 2026;

WHEREAS, the agreed-upon extension will not alter the date of any event or deadline already fixed by court order; and

THEREFORE, IT IS HEREBY STIPULATED that the time for Defendant to answer, move, or otherwise respond to the Complaint is extended to and includes May 6, 2026.

**IT IS SO STIPULATED AND AGREED.**

Dated:  April 20, 2026                 **DLA PIPER LLP (US)**

By: */s/ Tanya L. Greene*
    TANYA L. GREENE
    JOHN FRANTZ*
    DAVID B. FARKAS
    CARLO F. BUSTILLOS

    *Attorneys for Defendant*
    *Shutterfly, LLC*

    **Pro Hac Vice* Forthcoming

Dated:    April 20, 2026              **OLIVER LAW CENTER, INC.**

By: */s/ Anthony I. Paronich*
    DANA J. OLIVER
    dana@danaoliverlaw.com
    OLIVER LAW CENTER, INC.
    8780 19th Street #559
    Rancho Cucamonga, CA 91701
    Telephone: (855)384-3262
    Facsimile: (888)570-2021

    ANTHONY I. PARONICH
    Subject to *Pro Hac Vice*
    anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

    *Attorneys for Plaintiff*
    *Justin Nelson*

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
3:26-CV-01900-AMO

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:   April 20, 2026                    **DLA PIPER LLP (US)**

By: */s/ Tanya L. Greene*
    TANYA L. GREENE

*Attorneys for Defendant*
*Shutterfly, LLC*