TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
North Tower, Los Angeles, CA 90067
Tel.: 310.595.3000
Fax: 310.595.3300

JOHN FRANTZ (*pro hac vice* forthcoming)
john.frantz@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: 212.335.4500
Fax: 212.335.4501

CARLO F. BUSTILLOS (SBN 347318)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 3400
San Francisco, CA 94105-2933
Tel.: 515.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SHUTTERFLY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SHUTTERFLY, LLC,<br><br>*Defendant.* | Case No. 3:26-cv-01900-AMO<br><br>**DECLARATION OF TANYA GREENE IN SUPPORT OF DEFENDANT SHUTTERFLY, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER**<br><br><u>**Hearing Information:**</u><br>Date:        August 6, 2026<br>Time:        2:00 p.m.<br>Judge:       Hon. Araceli Martínez-Olguín<br>Courtroom:   10<br><br>Complaint Filed: March 4, 2026 |

## DECLARATION OF TANYA GREENE

I, TANYA GREENE, declare as follows:

1.    I am a partner with the law firm of DLA Piper LLP (US), attorney for Defendant Shutterfly, LLC ("Shutterfly") in the above-captioned matter. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify thereto.

2.    This declaration, together with the attached exhibits, is submitted in support of Shutterfly's Motion to Dismiss or, In The Alternative, Motion to Transfer (the "Motion").

3.    Attached as **Exhibit 1** is a true and correct copy of a screenshot of a webpage reflecting a map of the area codes attributable to the state of Michigan, including area code "517," as it appeared on the North American Numbering Plan Administrator's website on April 29, 2026. The screenshot was taken directly from the North American Numbering Plan Administrator's website on April 29, 2026 at the following URL:

https://www.nanpa.com/resources/area-code-maps#mapanchor.

4.    Attached as **Exhibit 2** is a true and correct copy of a document issued by the Federal Trade Commission ("FTC") in December 2025 titled *Biennial Report to Congress: Under the Do Not Call Registry Fee Extension Act of 2007*. This document was downloaded from the following URL on April 29, 2026:

https://www.ftc.gov/system/files/ftc_gov/pdf/P034305-2025-DNC-Report-to-Congress.pdf.

5.    Attached as **Exhibit 3** is a true and correct copy of a document issued by the FTC in December 2009 titled *Biennial Report to Congress: Pursuant to the Do Not Call Registry Fee Extension Act of 2007*. This document was downloaded from the following URL on April 29, 2026:

https://www.ftc.gov/sites/default/files/documents/reports/biennial-report-congress-pursuant-do-not-call-registry-fee-extension-act-2007/100104dncbiennialreport.pdf.

6.    Attached as **Exhibit 4** is a true and correct copy of the complaint filed on February 6, 2026, in the United States District Court for the Eastern District of Michigan, in the following action: *Justin Nelson v. Adwora LLC*, Case No. 2:26-cv-10423-DPH-CI. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

7.    Attached as **Exhibit 5** is a true and correct copy of the complaint filed on February 11, 2026, in the United States District Court for the Eastern District of Michigan, in the following action: *Justin Nelson v. Omahasteaks.com, LLC*, Case No. 2:26-cv-10481-MFL-KGA. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

8.    Attached as **Exhibit 6** is a true and correct copy of the complaint filed on March 18, 2026, in the United States District Court for the District of Massachusetts, in the following action: *Justin Nelson v. Whaleco Inc.*, Case No. 1:26-cv-11333-MPK. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

9.    Attached as **Exhibit 7** is a true and correct copy of the complaint filed on March 31, 2026, in the United States District Court for the Eastern District of Michigan, in the following action: *Justin Nelson et al. v. Elite Agency LLC*, Case No. 2:26-cv-11059-RJW-CI. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

10.    Attached as **Exhibit 8** is a true and correct copy of the complaint filed on April 15, 2026, in the United States District Court for the Northern District of California, in the following action: *Justin Nelson v. Discord, Inc.*, Case No. 3:26-cv-03217-SK. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

11.    Attached as **Exhibit 9** is a true and correct copy of the complaint filed on April 20, 2026, in the United States District Court for the District of South Carolina, in the following action: *Justin Nelson v. Javy Coffee Company*, Case No. 2:26-cv-01650-RMG. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

12.    Attached as **Exhibit 10** is a true and correct copy of the complaint filed on January 27, 2026, in the United States District Court for the Eastern District of Michigan, in the following action: *Michele Nelson v. Capital Vision Services, LLC*, Case No. 5:26-cv-10275-JEL-KGA. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

-3-

13.     Attached as **Exhibit 11** is a true and correct copy of the complaint filed on January 30, 2026, in the United States District Court for the Eastern District of Michigan, in the following action: *Michele Nelson v. L J Ross Associates Inc.*, Case No. 2:26-cv-10345-LJM-CI. This document was downloaded directly from the Case Management/Electronic Case Files (CM/ECF) system on April 29, 2026.

14.     Attached as **Exhibit 12** is a true and correct copy of a webpage from the Jackson County Chamber of Commerce website as it appeared on November 15, 2025. The screenshot was downloaded from the WayBack Machine on April 21, 2026, at the following URL: https://web.archive.org/web/20251115022605/https://business.jacksonchamber.org/list/member/jackson-county-hands-united-11538.

15.     Attached as **Exhibit 13** is a true and correct copy of a webpage from the Jackson County Chamber of Commerce website as it appeared on January 18, 2026. The screenshot was downloaded from the WayBack Machine on April 21, 2026, at the following URL: https://web.archive.org/web/20260118230814/http://business.jacksonchamber.org/list/category/non-profit-charitable-organizations-foundations-1227.

16.     Attached as **Exhibit 14** is a true and correct copy of the Michigan Business Registry Portal entry for the Jackson County Hands United entity. This document was downloaded from the following URL on April 17, 2026: https://mibusinessregistry.lara.state.mi.us/search/business.

17.     On April 30, 2026, I asked Plaintiff's counsel to provide the alternative telephone numbers if the numbers alleged across the complaints noted in Exhibits 4-11, attached hereto, were different. To date, Plaintiff's counsel has not responded or provided any alternative numbers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 6th day of May, 2026 at Los Angeles, California.

*/s/ Tanya L. Greene*
TANYA GREENE

-4-