# Exhibit 1



https://www.nanpa.com/resources/area-code-maps#mapanchor

April 29, 2026 at 6:19 PM PDT

Support    Search    Register    Login

Home    Numbering ▾    NRUF ▾    NPA Relief ▾    Reports ▾    Resources ▾    Services ▾

Home / Resources

# Area Code Maps

- Area Code Maps
- Area Code Search
- Change Orders
- Documents
- FAQ
- FCC Orders
- Glossary
- Industry Links
- NANP Country Contacts
- NANPA Notifications
- NAS User Guides
- State Regulatory Contacts
- Training Videos

## Area Code Maps

### Canada Area Code Maps

**Canada Area Code Maps**

Maps of Canada's area codes which is maintained by the Canadian Numbering Administrator.

### NANP Country/Territory Maps

**Country/Territory Maps**

Area Code Maps of NANP-member countries including Bermuda, Caribbean nations and U.S. territories that participate in the NANP.

### U.S. Area Code Maps

To view the area code map, click on applicable state abbreviation. Map will display below.



### State: Michigan



NANPA

About    Contact Us    Holidays    Neutrality    Privacy Policy    Sitemap