# Exhibit 12

https://web.archive.org/web/20251115022605/https://business.jacksonchamber.org/list/member/jackson-county-hands-united-11538

April 21, 2026 at 9:46 AM PDT

INTERNET ARCHIVE
WayBackMachine

https://business.jacksonchamber.org/list/member/jackson-county-hands-united-11538    Go

2 captures
25 Apr 2025 - 15 Nov 2025

APR **NOV** DEC
◄ **15** ►
2024 **2025** 2026
▼ About this capture

Member Login        Find A Member

![Jackson County Chamber of Commerce]

About        Events        Advocacy        Resources        Find a Member        **Join The Chamber**

# Jackson county Hands United

![Jackson county Hands United]

Non-profit & Charitable Organizations/Foundations

⌖ **50 S. Cooper St., Jackson, MI 49203**

☎ **(517) 769-4094**

@ **Send Email**

⊕ **Visit Website**

**Hours:**

**Open 24/7**

## About Us

Jackson County Hands United strives to make people's lives better. We want to create a safer, cleaner community. We provide free resources, tree and recycling services. We are also starting up a wrestling camp, which will teach self-defense techniques.

## Highlights

- **Nonprofit Organization**

## Images

![Company logo]        ![Board of Directors]

## Rep/Contact Info



**Michele Nelson**
**Founder/ Executive Director**

Phone: **(517) 769-4094**

**Send an Email**

Sign Up        Contact

Member Search

Join The Chamber

Sign up for Chamber updates.

Sign Up

134 W Michigan Ave.
Jackson, MI 49201
517-782-8221

  

Website Powered by M3 Group