# Exhibit 13

https://web.archive.org/web/20260118230814/http://business.jacksonchamber.org/list/category/non-profit-charitable-organizations-foundations-1227

April 21, 2026 at 9:44 AM PDT

INTERNET ARCHIVE
WayBack Machine

http://business.jacksonchamber.org/list/category/non-profit-charitable-organizations-foundations-1227   Go   OCT   JAN 18 2026   FEB

46 captures
7 Oct 2015 - 18 Jan 2026

2024   2027   About this capture

Member Login

Find A Member



![Jackson County Chamber of Commerce]

About    Events    Advocacy    Resources    Find a Member    **Join The Chamber**

# Non-profit & Charitable Organizations/Foundations

Keyword    🔍 go

↩ Results Found:  59

## AARP

⊙ 309 N. Washington Square, Ste. 110, Lansing, MI 48933

📞 (866) 227-7448

🌐 Visit Website

## Align Center for Workforce Developmen...

⊙ 440 E. Church St., Adrian, MI 49221

📞 (517) 301-6106

## Alzheimer's Association, Michigan Chapter

Alzheimer's Association, Michigan Chapter

⊙ 25200 Telegraph Rd., Ste. 300, Southfield, MI 48033

📞 (800) 272-3900

🌐 Visit Website

## American Cancer Society

⊙ PO Box 10069, Detroit, MI 48210

📞 1-800-227-2345

## American Red Cross Mid-Michigan Chapt...

⊙ 801 S. Mechanic St., E. Biddle, Jackson, MI 49203

📞 (517) 782-9486

🌐 Visit Website

## Andy's Angels

⊙ 3522 Scheele Dr., Jackson, MI 49202

📞 (517) 206-8564

🌐 Visit Website

## ARE Inc., of Jackson

⊙ 330 W. Franklin St., Jackson, MI 49201

📞 (517) 788-9147

🌐 Visit Website

## Aware, Inc.

⊙ 706 W. Michigan Avenue, Jackson, MI 49204

📞 (517) 783-1638

🌐 Visit Website

## Big Brothers Big Sisters

⊙ 536 N. Jackson St., Jackson, MI 49204

## Cascades Humane Society

![Cascades Humane Society]

Cascades Humane Society

⊙ 1515 Carmen Drive,

## Catholic Charities of Jackson, Lenawe...

⊙ 3425 Francis St, Jackson, MI 49203

## College and Career Access Center of J...

⊙ 1082 Jackson Crossing, Jackson, MI 49202

📞 (517) 784-7181
🌐 Visit Website

Jackson, MI 49202
📞 (517) 787-7387
🌐 Visit Website

📞 (517) 782-2551
🌐 Visit Website

📞 (517) 990-0671
🌐 Visit Website

### Community Action Agency

📍 1214 Greenwood Ave.,
Jackson, MI 49203
📞 (517) 784-4800
🌐 Visit Website

### Compassionate Ministries of Jackson C...

📍 3737 Clinton Rd ,
Jackson, MI 49201
📞 (517) 395-2652
🌐 Visit Website

### Dahlem Conservancy

📍 7117 S Jackson Rd.,
Jackson, MI 49201
📞 (517) 782-3453
🌐 Visit Website

### disAbility Connections, Inc.

📍 409 Linden Avenue,
Jackson, MI 49203
📞 (517) 782-6054
🌐 Visit Website

### Downtown Development Authority

📍 161 W. Michigan Ave., 5th Floor,
Jackson, MI 49201
📞 (517) 768-6410
🌐 Visit Website



Experience Jackson

📍 134 W. Michigan Ave.,
Jackson, MI 49201
📞 (517) 764-4440
🌐 Visit Website

### Family Service & Children's Aid

📍 330 West Michigan Avenue, P.O. Box 6128,
Jackson, MICHIGAN 49204-6128
📞 (517) 787-7920
🌐 Visit Website

### Greater Jackson Habitat for Humanity

📍 251 W. Prospect,
Jackson, MI 49203
📞 (517) 784-6620
🌐 Visit Website

Grow Jackson

📍 740 W. Michigan Ave.,
Jackson, MI 49201
📞 (517) 745-9805
🌐 Visit Website

Henry Ford Allegiance Health Foundation

📍 One Jackson Square, 5th Floor,
Jackson, MI 49201
📞 (517) 205-7508
🌐 Visit Website

Highfields, Inc.

📍 5123 Old Plank Rd.,
Onondaga, MI 49264
📞 (517) 628-2287
🌐 Visit Website

### Home of New Vision

📍 407 W. Michigan Ave., 432 and 434 Wildwood Ave. ,
Jackson, MI 49201
📞 (517) 788-5596

Jackson Business and Professional Women (BPW)

📍 PO Box 1020,
Jackson, MI 49204
📞 (517) 945-8699
🌐 Visit Website

### Jackson Community Foundation

📍 100 S. Jackson St., Ste. 200,
Jackson, MI 49201
📞 (517) 787-1321
🌐 Visit Website

### Jackson County Democratic Committee

📍 134 N. Mechanic,
Jackson, MI 49201
📞 (517) 783-6247

### Jackson county Hands United

📍 50 S. Cooper St.,
Jackson, MI 49203
📞 (517) 769-4094

### Jackson County Michigan Historical So...

### Jackson County Republican Committee

### Jackson Interfaith Shelter

### Jackson Pride Center (dba Jackson Pri...

PO BOX 1856,
Jackson, MI 49204

📞 (517) 740-1168

---

209 E. Washington , Ste. 162,
Jackson , MI 49201

📞 (517) 936-4413

---

414 S. Blackstone,
Jackson, MI 49201

📞 (517) 789-8735

🌐 Visit Website

---

536 N. Jackson St., PO Box 4086,
Jackson, MI 49204

📞 (734) 429-1163

---

Jackson School of the Arts

Jackson School of the Arts

📍 135 W. Cortland St.,
Jackson, MI 49201

📞 (517) 784-2389

🌐 Visit Website

---

### Jackson Young Professionals

📞 (866) 839-8597

---

JATA - Jackson Area Transportation Authority

JATA - Jackson Area Transportation Authority

📍 2350 E. High St.,
Jackson, MI 49203

📞 (517) 787-8363

🌐 Visit Website

---

### Junior Achievement of the Michigan Ed...

📍 724 W. Michigan Ave,
Jackson, MI 49201

📞 (517) 782-7822

🌐 Visit Website

---

### Kiwanis Club of Jackson

📍 1970 Kibby Rd,
Jackson, MI 49203

📞 (888) 551-9699

🌐 Visit Website

---

### Lost Railway Museum

📍 142 W. Michigan Ave.,
Grass Lake, MI 49240

📞 (517) 522-9500

🌐 Visit Website

---

### Michigan Braille Transcribing Fund

📍 3500 N. Elm Road,
Jackson, MI 49201

📞 (517) 780-5096

🌐 Visit Website

---

### Moors Condominium Assoc. (MCDA)

📍 216 Pats Way,
Jackson, MI 49203

📞 (517) 788-4222

---

Nonprofit Network

Nonprofit Network

📍 209 E. Washington Ave.,
Ste. 430-23 ,
Jackson, MI 49201

📞 (517) 796-4750

🌐 Visit Website

---

### Our Neighbor's Keeper

📍 730 Tomlinson St. ,
Jackson, MI 49203

📞 (517) 262-3189

🌐 Visit Website

---

### Rotary Club of Jackson

📍 409 Linden Ave.,
Jackson, MI 49203

📞 (517) 787-4562

🌐 Visit Website

---

### Rotary Club of Jackson, Breakfast

📍 311 W. Louis Glick Hwy.,
Jackson, MI 49204

📞 (517) 262-9525

🌐 Visit Website

---

### Save Our Youth

📍 211 W. Ganson, Ste. 220,
Jackson, MI 49201

📞 (517) 240-6134

---

### Shop Rat Foundation

📍 3517 Scheele Dr,
Jackson, MI 49202

📞 (517) 769-2100

🌐 Visit Website

---

### Smiles on Wheels

📍 1715 Lansing Ave. # 261,
Jackson, MI 49202

📞 (517) 740-7422

🌐 Visit Website

---

### Soar Cafe and Farms - Soar House

📍 300 Brown St.,
Jackson, Michigan 49203

📞 (517) 787-4830

---

### South Michigan Food Bank

---

Special Olympics Area 19

---

### The Jeff & Tina Beagle Foundation

---

### The Salvation Army of Jackson County

5451 Wayne Road ,
Battle Creek, MI 49037

(269) 964-3663

Special Olympics Area 13

210 E. McDevitt Ave.,
Jackson, MI 49203

(517) 748-7870

Visit Website

Horton, MI 49246-9755

(517) 745-7988

806 E. Pearl St.,
Jackson, MI 49201

(517) 782-7185

Visit Website

### Tompkins Historical Society

10138 Tompkins Rd.,
Rives Junction , MI 49277

(517) 569-2100

Visit Website

### Under Construction Theatre Production...

Jackson, Michigan 49201

(517) 414-9118

### United Way of South Central Michigan

Jackson Office, 536 N. Jackson St.,
Jackson, MI 49201

(517) 784-0511

Visit Website

### Vista Grande Villa

2251 Springport Rd.,
Jackson, MI 49202

(517) 787-0222

Visit Website

### WellWise Services Area Agency on Agin...

107 Chicago St., PO Box 189,
Brooklyn, MI 49230

517-592-1974

Visit Website

### WKAR Public Media-TV/Radio Michigan ...

404 Wilson Rd. Rm 212
Communication Arts,
Michigan State University,
East Lansing, MI 48824-1212

(517) 884-4700

### Youth For Understanding

6856 Eastern Avenue NW Suite 310,
Washington, DC 20012

(517) 750-8696

Business Directory / Events Calendar / Member To Member Deals / Job Postings / Join The Chamber

Powered by
GROWTHZONE



## Sign Up

Sign up for Chamber updates.

Sign Up

## Contact

134 W Michigan Ave.
Jackson, MI 49201

517-782-8221

Member Search

Join The Chamber

Website Powered by M3 Group