# Exhibit 14

## JACKSON COUNTY HANDS UNITED

| | |
|---|---|
| Entity Name | **JACKSON COUNTY HANDS UNITED** |
| Identification # | **803091188** |
| Jurisdiction | **Michigan** |
| Entity Type | **Domestic Nonprofit Corporation** |
| Entity Status | **Active** |
| AR Standing | **Good** |
| AR Due Date | **10/01/2026** |
| Initial Filing Date | **08/29/2023** |
| Last Report with Officers and Directors | **2025** |
| Resident Agent Name | **MICHELE NELSON** |
| Registered Office Street Address | **506 S COOPER ST, JACKSON, MI 49203** |
| President Name & Address | **MICHELE NELSON   506 S COOPER ST, JACKSON, MI 49203** |
| Secretary Name & Address | **DOWLING ALBERT   506 S COOPER ST, JACKSON, MI 49203** |
| Treasurer Name & Address | **JUSTIN NELSON   506 S COOPER ST, JACKSON, MI 49203** |
| Directors Names & Addresses | **MICHELE NELSON   506 S COOPER ST, JACKSON, MI 49203**<br><br>**SARAH NELSON   506 S COOPER ST, JACKSON, MI 49203**<br><br>**DOWLING ALBERT   506 S COOPER ST, JACKSON, MI 49203** |



# History                                                                    ✕

**Total filings: 4**                                              Collapse All

## ▸ 2025 Annual Report - *12/29/2025*

| *Filing Type* | **Field Name** | **Changed From** | **Changed To** |
|---|---|---|---|
| **2025 Annual Report** | Resident Agent | MICHELE FUNARO Agent Num: RA803091188 Physical Address: 2905 HERITAGE PLACE BLVD., 8, JACKSON, MI 49203 Mailing Address: 102 JONQUIL CT, 8, JACKSON, MI 49203 | New Agent: MICHELE NELSON Agent Num: 000101015 Physical Address: 506 S COOPER ST, JACKSON, MI 49203 |

*Date*
**12/29/2025**

*Image Download*

Download

## ▸ 2024 Annual Report - *08/21/2024*

*Filing Type*
**2024 Annual Report**

*Date*
**08/21/2024**

*Image Download*

Download

## ▸ Certificate of Amendment - *11/06/2023*

*Filing Type*
**Certificate of Amendment**

*Date*
**11/06/2023**

*Image Download*

Download

## ▸ Articles of Incorporation - *08/29/2023*

*Filing Type*
**Articles of Incorporation**

*Date*
**08/29/2023**

*Image Download*

Download