TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
North Tower, Los Angeles, CA 90067
Tel.: 310.595.3000
Fax: 310.595.3300

JOHN FRANTZ (*pro hac vice* forthcoming)
john.frantz@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: 212.335.4500
Fax: 212.335.4501

CARLO F. BUSTILLOS (SBN 347318)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 3400
San Francisco, CA 94105-2933
Tel.: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SHUTTERFLY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>      v.<br><br>SHUTTERFLY, LLC,<br><br>    *Defendant.* | Case No. 3:26-cv-01900-AMO<br><br>**DECLARATION OF JENNIFER BROKER IN SUPPORT OF DEFENDANT SHUTTERFLY, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER**<br><br>Date:         August 6, 2026<br>Time:         2:00 p.m.<br>Judge:        Hon. Araceli Martínez-Olguín<br>Courtroom:  10<br><br>Complaint Filed: March 4, 2026 |

-1-
DECLARATION OF JENNIFER BROKER
3:26-CV-01900-AMO

### DECLARATION OF JENNIFER BROKER

I, Jennifer Broker, declare as follows:

1.     I am Senior Director of Global Customer Relationship Management ("CRM") and Marketing Technology, at Shutterfly, LLC ("Shutterfly"). I have held this position since March 2024. In this role, I am responsible for, among other things, overseeing SMS/text message marketing communications and managing relationships with SMS/text message marketing vendors. I submit this declaration in support of Shutterfly's Motion to Dismiss or, in the alternative, Motion to Transfer (the "Motion"). I am competent to testify regarding the matters set forth herein and have personal knowledge of the facts stated in this declaration based on my review of Shutterfly's business records, publicly available information, and information made available to me in the course of my duties at Shutterfly.

2.     I have over eight years of experience in the CRM and digital marketing industry. Since September 2017, I have served in various roles at Shutterfly and its affiliates, including Manager of Email Marketing, Senior Manager of Global CRM and Creative Operations, and Director of Global CRM.

3.     In my capacity as Senior Director of Global CRM and Marketing Technology, I have access to and am familiar with the business records maintained by Shutterfly in the ordinary course of its operations. These records include, among other things, customer account information, account activity logs, and the terms and conditions governing the use of Shutterfly's services.

4.     Based on my review of Shutterfly's business records, Shutterfly maintains account information for a user who currently goes by the name of Michele Nelson.

5.     This account was created on September 9, 2022, and Shutterfly's account records contain, among other data, an email address and multiple street addresses located in Michigan.

6.     Publicly available information that I have reviewed reflects that the email address associated with the account is publicly linked to an individual identified as Michele Nelson, and that this individual is associated with the addresses referenced above. That same publicly available information further reflects that those addresses have been listed as the former addresses of record for a Michigan non-profit entity, Jackson County Hands United, for which an individual identified

as "Michele Nelson" is the President and Resident Agent of Record.

7.    Shutterfly's business records further reflect that this account was accessed on February 1, 2026, and April 8, 2026.

8.    When a user creates an account on Shutterfly's platform, the user is required to do so using an email address and password in order to access the account in the future.

9.    A true and correct copy of Shutterfly's current Terms of Use is attached hereto as **Exhibit A**. Shutterfly's Terms of Use are publicly accessible, have not been amended or otherwise modified since November 27, 2024, and were downloaded from the following URL on April 30, 2026: https://shutterflyinc.com/terms-of-use/.

10.    When a user creates an account on Shutterfly's platform, the user is required to agree to Shutterfly's Terms of Use and Privacy Policy as a condition of registration.

-3-

Docusign Envelope ID: 6D9EE07D-F706-4919-9165-B4A6AE1998E4

11.    Moreover, each time a user logs-in to their Shutterfly account, they are required to agree to Shutterfly's Terms of Use and Privacy Policy.



12.    Among other things, Shutterfly's Terms of Use include dispute resolution provisions containing both a binding obligation to arbitrate "any dispute, claim, or controversy arising out of or relating in any way to a Shutterfly product or service" and a waiver of "the right to a trial by jury or to participate in a class action." *See* **Exhibit A** at pp. 7-8.

13.    I am based in and work out of Chicago, Illinois. The SMS/text message marketing and communications team that I lead at Shutterfly is not based in the Northern District of California.

14.    Shutterfly's relevant business records, including its principal records related to marketing communications, are maintained digitally in the ordinary course of business. Shutterfly does not maintain these business records in any physical format.

DECLARATION OF JENNIFER BROKER
3:26-CV-01900-AMO

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 6th day of May, 2026 at Chicago, Illinois.

Signed by:

*Jennifer Broker*

B19163ED10CF49C

JENNIFER BROKER