**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>   v.<br><br>SHUTTERFLY, LLC,<br><br>        *Defendant*. | Case No. 3:26-cv-01900-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHUTTERFLY LLC'S REQUEST FOR JUDICIAL NOTICE** |

**[PROPOSED] ORDER**

Upon consideration of Defendant Shutterfly, LLC's Request for Judicial Notice in Support of Its Motion to Dismiss, or in the alternative, Motion to Transfer (the "Request for Judicial Notice"), and all pleadings, papers, and other documents filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Request for Judicial Notice is **GRANTED**. The Court takes judicial notice of Exhibits 1-11 attached to the Declaration of Tanya Greene in Support of Shutterfly's Motion to Dismiss, or in the alternative, Motion to Transfer; the contents of each Exhibit; and the fact that statements contained in each Exhibit were made.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
3:26-cv-01900-AMO