**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-01900-AMO |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| SHUTTERFLY, LLC, | |
| *Defendant*. | |

## [PROPOSED] ORDER

Upon consideration of the Defendant Shutterfly, LLC's ("Shutterfly") Notice of Motion and Motion to Dismiss Complaint (the "Motion to Dismiss"), and all pleadings, papers, and other documents filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED.** All causes of action in the Complaint filed by Plaintiff Justin Nelson are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE