**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>   v.<br><br>SHUTTERFLY, LLC,<br><br>      *Defendant*. | Case No. 3:26-cv-01900-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER THE ACTION TO THE EASTERN DISTRICT OF MICHIGAN** |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER
3:26-cv-01900-AMO

**[PROPOSED] ORDER**

Pending before the Court is Defendant Shutterfly, LLC's Motion to Transfer the action to the Eastern District of Michigan (the "Motion"). Defendant Shutterfly, LLC ("Defendant") moves pursuant to 28 U.S.C. § 1404(a) on the basis that (1) the case could have been brought in the Eastern District of Michigan; and (2) transfer to the Eastern District of Michigan would promote the convenience of the parties and witnesses and the interest of justice.

Having considered the points and authorities submitted in support of and in opposition to the Motion, together with the pleadings and other relevant materials on file, and the argument of counsel, the Court hereby **GRANTS** Defendant Shutterfly, LLC's Motion to Transfer, and this Court hereby transfers the case to the Eastern District of Michigan.

**IT IS SO ORDERED.**


Dated: _____


_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER
3:26-cv-01900-AMO