TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
North Tower, Los Angeles, CA 90067
Telephone 310.595.3000
Facsimile 310.595.3300

JOHN FRANTZ (*pro hac vice*)
john.frantz@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone 212.335.4500
Facsimile 212.335.4501

CARLO F. BUSTILLOS (SBN 347318)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 3400
San Francisco, CA 94105-2933
Tel.: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SHUTTERFLY, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br>v.<br>SHUTTERFLY, LLC,<br>*Defendant*. | Case No. 4:26-cv-01900-AMO<br>**DEFENDANT SHUTTERFLY, LLC'S NOTICE OF ERRATA RE: DOCKET # 24 - ADR CERTIFICATION (ADR L.R. 3-5 B) OF DISCUSSION OF ADR OPTIONS**<br>Complaint Filed: March 4, 2026<br>Trial Date: None Set |

**TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Shutterfly, LLC's ("Shutterfly") Alternative Dispute Resolution Certification (ADR L.R. 3-5 b) ("ADR Certification"), which was filed May 19, 2026 (ECF #24), contained certain errors, described below. An Amended ADR Certification is attached.

**1. <u>Correction to the Certification</u>**

The ADR Certification filed May 19, 2026, did not bear the signature of Eileen McGee, signatory on behalf of Shutterfly, LLC, because an unexecuted draft of the form was inadvertently filed rather than the executed version. To address and correct this, the Amended ADR Certification bearing Ms. McGee's signature is attached hereto.

DATED: August 21, 2026 **DLA PIPER LLP (US)**

By: */s/ Tanya L. Greene*
TANYA L. GREENE
JOHN FRANTZ, *Pro Hac Vice*
DAVID B. FARKAS
CARLO F. BUSTILLOS

*Attorneys for Defendant*
*SHUTTERFLY, LLC*