Anthony I. Paronich
*Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

[Additional counsel appear on signature page]

*Attorneys for plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SHUTTERFLY, LLC<br><br>*Defendant.* | Case No. 3:26-cv-1900-PHK<br><br>**NOTICE OF DISMISSAL** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of August, 2026.

By:
/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

anthony@paronichlaw.com